THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Lionel Heyward,       
Appellant.
 
 
 

Appeal From Berkeley County
Thomas L. Hughston, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-257 
  
Submitted January 29, 2003  Filed April 8, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Ralph E. Hoisington, of Charleston, for Respondents.
 
 
 

PER CURIAM:  James Lionel Heyward appeals 
 his convictions for possession with intent to distribute crack cocaine, possession 
 with intent to distribute marijuana, and possession with intent to distribute 
 marijuana within proximity of a school.  Heywards appellate counsel has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Hyewards appeal is without merit.  The issue briefed by counsel concerns the 
 admission of certain statements that Heyward made to the police.  Heyward filed 
 two briefs with this court, both of which also argue error in the admission 
 of the statements.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Stones appeal 
 and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER,
JJ., concur. 

 
 [1]  
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.